UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HERNANDEZ-ESTRADA,<br><br>　　　　　　Defendant. | Case No. MJ19-521-MAT<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Count 1:　　Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

<u>Date of Detention Hearing</u>: November 6, 2019

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　This case involves a crime of violence as defined in 18 U.S.C. § 3156.

　　　2.　　Upon advice of counsel, Defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

　　　3.　　Defendant is a risk of flight as he does not have any ties to the community.

　　　4.　　The nature of the charge in this case raises serious concerns regarding the safety

DETENTION ORDER - 1

of the community.

5. Defendant does not contest detention at this time but reserves the right to request that it be reopened if there is a change in circumstances or new information.

6. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge