UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HERNANDEZ-ESTRADA,<br><br>Defendant. | Case No. CR19-237-RSL<br><br>ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA HEARING |

This matter comes before the Court on defendant's "Motion to Proceed with Guilty Plea Hearing." Dkt. #27. Having considered the motion, the government's response thereto, and the records and files in this case, THE COURT GRANTS defendant's motion.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practicable because, considering the dangers posed by the COVID-19 outbreak as articulated in defendant's motion, further delays in this case would cause "serious harm to the interests of justice." See W.D. Wash. Gen. Order 04-20.

THE COURT HEREBY REFERS this matter to a U.S. Magistrate Judge for the scheduling and entry of the guilty plea. The Magistrate Judge shall determine whether to proceed by videoconference or teleconference based on availability of the technology at the time of the guilty plea.

It IS SO ORDERED.

//

//

ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA HEARING - 1

1    DATED this 28th day of April, 2020.

```
                              _____
                              Robert S. Lasnik
                              United States District Judge
```

ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA HEARING - 2